

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2022

No. 04-22-00836-CV

**IN RE** GUARDIANSHIP OF JAVIER J. **TREVINO** AN INCAPACITATED PERSON

Original Mandamus Proceeding

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

On December 12, 2022, relator filed a petition for writ of mandamus. Relator's mandamus petition does not contain an appendix. *See* TEX. R. APP. P. 52.3(k). We **ORDER** relator to file, **on or before January 3, 2023,** an appendix in accordance with Texas Rule of Appellate Procedure 52.3(k).

If relator fails to comply with this order, this proceeding will be dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

It is so **ORDERED** on December 21, 2022.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
CLERK OF COURT